UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD BRELO,

    Plaintiff,

v.

DONALD TRUMP, et al.,

    Defendants.

Case No. 19-cv-00017-PJH

**ORDER OF DISMISSAL**

Plaintiff, a detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The court dismissed the complaint with leave to amend after discussing the deficiencies with the complaint. The time to file an amended complaint has passed and plaintiff has not submitted an amended complaint, but he has indicated that he wishes to appeal the dismissal with leave to amend issued by the court. The case is **DISMISSED** as frivolous and for failure to state a claim as set forth in the prior order.

**IT IS SO ORDERED.**

Dated: April 4, 2019

PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BRELO,<br><br>        Plaintiff,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>        Defendants. | Case No. 19-cv-00017-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Brelo ID: A#79936
Mendocino County Sheriff's Office
Corrections Division
951 Low Gap Road
Ukiah, CA 95482

Dated: April 4, 2019

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By:_____
                                          Kelly Collins, Deputy Clerk to the
                                          Honorable PHYLLIS J. HAMILTON